## RYAN *v.* KOCH.

A judgment affirmed because the plaintiff in error had filed no assignment
of errors or brief, as required by the rules of court.

IN this case a writ of error to the Circuit Court of the
United States for the District of Michigan (*Mr. J. G. Suther-
land, for the plaintiff in error ; Mr. G. T. Edmunds, contra*) had
been filed on the 27th of November, 1871, but the plaintiff
in error had filed no assignment of errors or brief as required
by the rules of the court. And for those reasons (Mr. Jus-
tice CLIFFORD announcing the decision of the court) the
judgment was

AFFIRMED.